# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Karen L. Thomas                           CHAPTER 13
        Harold E. Thomas

                                            BKY. NO. 20-20559 GLT

                     Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       Attorney I.D. No. 42524
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       jwarmbrodt@kmllawgroup.com