UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 20-20559-GLT-13

Harold E. Thomas and Karen L. Thomas                                                                Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood_____

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 20-20559-GLT-13

Harold E. Thomas and Karen L. Thomas                                                Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 27, 2020 :

    ABAGALE E STEIDL                            U.S. Trustee
    707 GRANT ST                                    228 Walnut Street, Suite 1190
    PITTSBURGH, PA  15219                     Harrisburg, PA 17101

                                                      By  /s/ Mandy Youngblood_____
                                                            Mandy Youngblood

xxxxx65456 / 1013143