**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20559−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Harold E. Thomas | Karen L. Thomas |
| 6825 Low St | 6825 Low St |
| Mount Pleasant, PA 15666 | Mount Pleasant, PA 15666 |

Social Security No.:
  xxx−xx−0286                                xxx−xx−3745

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Abagale E. Steidl | Ronda J. Winnecour |
| Steidl & Steinberg | Suite 3250, USX Tower |
| 707 Grant Street | 600 Grant Street |
| 28th Floor – Gulf Tower | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | Telephone number:  412−471−5566 |
| Telephone number:  412−391−8000 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| June 8, 2020 | June 8, 2020 |
| 09:00 AM | 09:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20                                BY THE COURT

                                              Gregory L. Taddonio
                                              Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 20-20559-GLT
Harold E. Thomas                                                    Chapter 13
Karen L. Thomas
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: nsha              Page 1 of 1              Date Rcvd: Mar 25, 2020
                               Form ID: rscCOVID       Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db/jdb         +Harold E. Thomas,   Karen L. Thomas,   6825 Low St,   Mount Pleasant, PA 15666-1351
15201028       +Michael T. McKeever, Esq.,   KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,
                 701 Market Street,   Philadelphia, PA 19106-1538
15201030       +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
15201029       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
15201031       +Wf/home Pr,   Po Box 14517,   Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:01      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:10
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
15201025        E-mail/Text: ebn@americollect.com Mar 26 2020 04:54:27     Americollect,   1851 S Alverno Road,
                 Manitowoc, WI 54221
15201026        E-mail/Text: ebn@americollect.com Mar 26 2020 04:54:27     Americollect,   Po Box 1566,
                 1851 South Alverno Road,   Manitowoc, WI 54221
15211674        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:10
                 Americredit Financial Services, Inc.,   Dba GM Financial,   P.O Box 183853,
                 Arlington, TX 76096
15201027       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:10
                 AmeriCredit/GM Financial,   Po Box 181145,   Arlington, TX 76096-1145
15203338        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2020 04:50:21       LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
```
              Abagale E. Steidl    on behalf of Joint Debtor Karen L. Thomas asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Abagale E. Steidl    on behalf of Debtor Harold E. Thomas asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5
```