IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20559 GLT |
| | ) | Chapter 13 |
| Harold E. Thomas | ) | |
| Karen L. Thomas, | ) | |
|    *Debtors* | ) | Related to Docket No. 26 |
| | ) | |
| Harold E. Thomas | ) | |
| Karen L. Thomas, | ) | |
|    *Movants* | ) | Related to Claim No. 1 |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding c/o Resurgent Capital Svcs, | ) | |
|    *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 8, 2020, a true and correct copy of the *Order of Court dated April 6, 2020* was served, postage prepaid, upon the following persons and parties:

**By First Class US Mail:**
Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Resurgent Capital Services
Attn: Trisha Doan, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Harold & Karen Thomas
6825 Low St
Mount Pleasant, PA 15666

**By ECF Mail:** Ronda J. Winnecour, Trustee

Date of Service: April 8, 2020            /s/ Abagale Steidl
                                                                Abagale Steidl, Esquire
                                                                Attorney for the Debtors
                                                                STEIDL & STEINBERG
                                                                Suite 2830, Gulf Tower
                                                                707 Grant Street
                                                                Pittsburgh, PA 15219
                                                                (412) 391-8000
                                                                asteidl@steidl-steinberg.com
                                                                PA I.D. No. 319217