FILED
4/6/20 4:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20559 GLT |
| | ) | Chapter 13 |
| Harold E. Thomas | ) | |
| Karen L. Thomas, | ) | |
| *Debtors* | ) | |
| | ) | |
| Harold E. Thomas | ) | |
| Karen L. Thomas, | ) | |
| *Movants* | ) | Related to Claim No. 1 |
| | ) | |
| vs. | ) | |
| | ) | Related to Docket No. 19 |
| LVNV Funding c/o Resurgent Capital Svcs, | ) | |
| *Respondent* | ) | |

## ORDER OF COURT

AND NOW, to wit this __6th Day of April__, 2020, upon consideration of the Debtor's Objection to Claim No. 1 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 1 filed by the above captioned Respondent is disallowed in its entirety; and,

2. No fees, costs or charges shall be allowed against the debtor for defending this objection.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court


**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Harold E. Thomas
Karen L. Thomas
     Debtors

Case No. 20-20559-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: nsha     Page 1 of 1     Date Rcvd: Apr 07, 2020
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
db/jdb       +Harold E. Thomas,    Karen L. Thomas,    6825 Low St,    Mount Pleasant, PA 15666-1351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
         Abagale E. Steidl    on behalf of Joint Debtor Karen L. Thomas asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Abagale E. Steidl    on behalf of Debtor Harold E. Thomas asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                       TOTAL: 5