FILED
11/19/24 6:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Harold E. Thomas | ) |
| Karen L. Thomas, | ) Case No. 20-20559 GLT |
|     Debtor | ) Chapter 13 |
| | ) |
| Harold E. Thomas, | ) Document No. WO-1 |
| Social Security No. XXX-XX-0286 | ) |
|     Movant | ) Related Dkt. No. 49 |
| | ) |
| vs. | ) |
| | ) |
| C-K Composites and | ) |
| Ronda J. Winnecour, Trustee, | ) |
|     Respondents | ) |

### CONSENT ORDER TO SUSPEND WAGE ATTACHMENT FOR FOUR CYCLES

AND NOW, to wit, this  19th  day of  November , 2024, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Husband Debtor is permitted to suspend his wage attachment for the next four bi-weekly paychecks he receives;

2) The employer, C-K Composites, is to restart payroll deductions at the full amount of $554.00 from each bi-weekly paycheck to the Chapter 13 Trustee after four pay cycles have passed with no wage attachment. It is the Husband Debtor's responsibility to ensure that the wage attachment resumes in a timely manner;

3) This wage attachment is being suspended due to Husband Debtor undergoing surgery on November 13, 2024.

4) While the Trustee consents to the suspension of the wage attachment, to accommodate Debtors' circumstances, is not intended as a modification of the plan, and will not preclude the Trustee from filing a certificate of default or taking any other action(s) as a result of plan defaults or arrears as she believes appropriate in such defaults or arrears accrue.

                                                          Hon. Gregory L. Taddonio
                                                          U.S. Bankruptcy Judge

/s/ Kate DeSimone                                            /s/ Abagale Steidl
Kate DeSimone, Esquire                              Abagale Steidl, Esquire
Office of the Chapter 13 Trustee                  Counsel for the Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Harold E. Thomas  
Karen L. Thomas  
    Debtors

Case No. 20-20559-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Nov 20, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harold E. Thomas, Karen L. Thomas, 6825 Low St, Mount Pleasant, PA 15666-1351 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Karen L. Thomas asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Harold E. Thomas asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2   User: auto   Page 2 of 2
Date Rcvd: Nov 20, 2024   Form ID: pdf900   Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5