IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Harold E. Thomas | ) | |
| Karen L. Thomas, | ) | Case No. 20-20559 GLT |
| *Debtors* | ) | Chapter 13 |
| | ) | Document No. |
| Harold E. Thomas | ) | |
| Karen L. Thomas, | ) | |
| *Movants* | ) | |
| | ) | |
| No Respondents | ) | |

## **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 11, 2020 at docket numbers 34 and 35, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


March 14, 2025                                      /s/ Harold E. Thomas
Date                                                         Debtor



March 14, 2025                                      /s/ Karen L. Thomas
Date                                                         Debtor

                                                Respectfully submitted,

| | |
|---|---|
| March 25, 2025 | /s/ Abagale Steidl |
| DATE | Abagale Steidl, Esquire |
| | Attorney for the Debtors |
| | STEIDL & STEINBERG |
| | 436 Seventh Avenue, Suite 322 |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | asteidl@steidl-steinberg.com |
| | PA I.D. No. 319217 |

**PAWB Local Form 24 (07/13)**